IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| YERACHMIEL HENFIELD, | ) | Case No. 1:23-cv-2005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| RED RESTAURANT OPERATIONS, INC., *et al.*, | ) | **MINUTES & DISMISSAL ORDER** |
| | ) | |
| Defendants. | ) | |

The Court conducted a case management conference by Zoom in the captioned case on January 10, 2024. Considering Plaintiff's employment history with Defendants, he is likely not a suitable representative for the proposed collective action. For this reason, the Court encouraged counsel to further investigate and, if appropriate, re-file the action with a different representative. The case is hereby DISMISSED, without prejudice to re-filing.

Time: 37 minutes.

**IT IS SO ORDERED.**

Dated: January 10, 2024              *s/Dan Aaron Polster*
                                     United States District Judge